UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

M<small>OHAMED</small> G<small>ABER</small>,  )
      Petitioner,  )
 ) No. 1:17-cv-231
-v-  )
 ) Honorable Paul L. Maloney
U<small>NITED</small> S<small>TATES</small> I<small>MMIGRATION AND</small>  )
C<small>USTOMS</small> E<small>NFORCEMENT</small>,  )
      Respondent.  )
 )

## JUDGMENT

The Court has dismissed this action for lack of jurisdiction. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  April 28, 2017          /s/ Paul L. Maloney

                 Paul L. Maloney
                 United States District Judge